1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LOWELL C. POWELL  (CABN 235446)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:    (415) 436-7368
7      Facsimile:    (415) 436-7234
       Email: lowell.powell2@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,        )   NO. CR 11-0027 CRB
                                     )
15 |       Plaintiff,                 )
                                     )
16 |   v.                             )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER EXCLUDING TIME UNDER 18**
17 | ELIAS SANTANA TLAHUITZO,         )   **U.S.C. § 3161**
       a/k/a Elias Tlahuitzo Santana, )
18     a/k/a Pedro Martinez Hernandez,)
       a/k/a Gilberto Arena,          )
19     a/k/a Christian Bxochitli,     )
       a/k/a Jesse S. Meyualco,       )
20                                    )
           Defendant.                 )
21 |_____   )

22
       On January 24, 2011, the parties in this case appeared before the Court.  At that time, the
23
   Court set the matter to February 16, 2011.  The parties have agreed to exclude the period of time
24
   between January 24, 2011 and February 11, 2011, from any time limits applicable under 18
25
   U.S.C. § 3161.  The parties have represented that granting the exclusion would allow the
26
   reasonable time necessary for effective preparation of counsel.  See 18 U.S.C. §
27
   3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0027 CRB                                                                                    1

| | |
|---|---|
| 1 | exclusion of time outweigh the best interests of the public and the defendant in a speedy |
| 2 | trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this |
| 3 | agreement. **SO STIPULATED**: |

MELINDA HAAG
United States Attorney

DATED: January 24, 2011

/s/
LOWELL C. POWELL
Special Assistant United States Attorney

DATED: January 24, 2011

/s/
GALIA PHILLIPS
Attorney for ELIAS SANTANA TLAHUITZO

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0027 CRB

2

## [PROPOSED] ORDER

For the reasons stated above and at the January 24, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 24, 2011 through February 11, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

DATED: 25 Jan 11

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0027 CRB                                                                                              3